AO 247 (06/09)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 06 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nicole Latasha Kaymore | ) Case No: 5:10cr00016-2 |
| | ) USM No: 14803-084 |
| Date of Previous Judgment: 02/14/2011 | ) |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____  Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
Defendant is ineligible for a reduction because she already received the full benefit of the amended guideline in the determination of her original guideline computations.

Except as provided above, all provisions of the judgment dated  02/14/2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/06/2011

Effective Date:  10/06/2011
*(if different from order date)*

Judge's signature

Samuel G. Wilson, United States District Judge
Printed name and title